UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARK S. DWELLEY, in individual and representative capacity as trustee of the Mark S. and Jeanette M. Dwelley Trust; JEANETTE M. DWELLEY, in individual and representative capacity as trustee of the Mark S. and Jeanette M. Dwelley Trust; GLENN STONEBARGER, in individual and representative capacity as trustee of the Glenn Stonebarger and Jeannie Stonebarger Family Trust; JEANNIE STONEBARGER, in individual and representative capacity as trustee of the Glenn Stonebarger and Jeannie Stonebarger Family Trust; ROY GHIGGERI, in individual and representative capacity as trustee of the Roy Ghiggeri and Angela Ghiggeri Family Trust; ANGELA GHIGGERI, in individual and representative capacity as trustee of the Roy Ghiggeri and Angela Ghiggeri Family Trust;STARBUCKS CORPORATION, a Washington Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:18-CV-00599-JAM-KJN<br><br>**ORDER** |

**<u>ORDER</u>**

1

Joint Stipulation for Dismissal　　　　Case: 2:18-CV-00599-JAM-KJN

Pursuant to the parties stipulation, defendants Mark S. Dwelley; Jeanette M. Dwelleyt; Glenn Stonebarger; Jeannie Stonebarger; Roy Ghiggeri and Angela Ghiggeri are hereby ordered dismissed with prejudice.

Dated: 4/29/2019 /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE