UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | **Case No**. 2:18-CV-00599-JAM-KJN |
| Plaintiff, v. | ORDER TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS BY 30 DAYS |
| **Mark S. Dwelley**, in individual and representative capacity as trustee of the Mark S. and Jeanette M. Dwelley Trust; **Jeanette M. Dwelley**, in individual and representative capacity as trustee of the Mark S. and Jeanette M. Dwelley Trust; **Glenn Stonebarger**, in individual and representative capacity as trustee of the Glenn Stonebarger and Jeannie Stonebarger Family Trust; **Jeannie Stonebarger**, in individual and representative capacity as trustee of the Glenn Stonebarger and Jeannie Stonebarger Family Trust; **Roy Ghiggeri**, in individual and representative capacity as trustee of the Roy Ghiggeri and Angela Ghiggeri Family Trust; **Angela Ghiggeri**, in individual and representative capacity as trustee of the Roy Ghiggeri and Angela Ghiggeri Family Trust; **Starbucks Corporation,** a Washington Corporation; and Does 1-10, | |
| Defendants. | |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Dispositional documents shall be extended up to and including to May 24, 2021.

**IT IS SO ORDERED.**

DATED: April 27, 2021                               /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT COURT JUDGE