1

2

3

4

5

6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10 **Scott Johnson**,                           **Case No**. 2:18-CV-00599-JAM-KJN

11         Plaintiff,                           ORDER TO EXTEND DATE FOR FILING
                                                DISPOSITIONAL DOCUMENTS BY 30 DAYS
   v.

12 **Mark S. Dwelley**, in individual and
   representative capacity as trustee
13 of the Mark S.  and Jeanette M.
   Dwelley Trust;
14 **Jeanette M. Dwelley**, in individual
   and representative capacity as
15 trustee of the Mark S.  and
   Jeanette M. Dwelley Trust;
16 **Glenn Stonebarger**,  in individual
   and representative capacity as
17 trustee of the Glenn Stonebarger
   and Jeannie Stonebarger Family
18 Trust;
   **Jeannie Stonebarger**,  in
19 individual and representative
   capacity as trustee of the Glenn
20 Stonebarger and Jeannie
   Stonebarger Family Trust;
21 **Roy Ghiggeri**, in individual and
   representative capacity as trustee
22 of the Roy Ghiggeri and Angela
   Ghiggeri Family Trust;
23 **Angela Ghiggeri**, in individual and
   representative capacity as trustee
24 of the Roy Ghiggeri and Angela
   Ghiggeri Family Trust;
25 **Starbucks Corporation,** a
   Washington Corporation; and
26 Does 1-10,

27         Defendants.

28

                                    1

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Dispositional documents shall be extended up to and including to June 23, 2021.

**IT IS SO ORDERED.**

DATED:  May 25, 2021                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE